# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

KB2S, Inc., et al.,

              V.

City of San Diego, California

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   04cv441 BEN(AJB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court Grants Defendant's Motion for Summary Judgment on Federal Housing Act Claim and Dismisses the remaining State Law Claims.................................................................................

| January 18, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/J. Hathaway |
| | (By) Deputy Clerk |
| | ENTERED ON January 18, 2007 |